AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __BOSTON__

LAMINE ZEROUAL
PRO SE

V.

JOHN ASCHROFT
TOM RIDGE
EDUARDO AGUIRRE
Steven J FARQUHARSON

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03CV 12246 GAO

TO: (Name and address of Defendant)

STEVEN J FARQUARSON OR HIS/HER REPLACEMENT
BOSTON DISTRICT DIRECTOR OF USCIS
JFK FEDERAL BUILDING ROOM 1700
BOSTON MA 02203

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LAMINE ZEROUAL
425 GREAT ROAD
APT 13
ACTON MA 01720

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK: TONY ANASTAS

DATE: 12-11-03

(By) DEPUTY CLERK

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Deliver<br>12-17-0 |
| 1. Article Addressed to:<br><br>STEVEN J FARQUHARSON<br>DISTRICT DIRECTOR<br>JFK BUILDING<br>ROOM 1700<br>BOSTON MA 02203 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No | |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)    ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | 7002 0460 0000 3029 0216 | |