AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  BOSTON

LAMINE ZEROUAL
PRO SE

v.

JOHN ASCHROFT
TOM RIDGE
EDUARDO AGUIRRE
Steven J FARQUHARSON

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03CV 12246 GAO

TO: (Name and address of Defendant)

EDUARDO AGUIRRE
DIRECTOR OF USCIS
DEPARTMENT OF HOMELAND SECURITY
WASHINGTON DC 20528

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LAMINE ZEROUAL
428 GROAT ROAD
APT 13
ACTON MA 01720

an answer to the complaint which is served on you with this summons, within __30__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                    12/11/03
CLERK                           DATE

(By) DEPUTY CLERK