AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of BOSTON

LAMINE ZEROUAL
PRO SE

V.

JOHN ASCHROFT
TOM RIDGE
EDUARDO AGUIRRE
STEVEN J FARQUHARSON

SUMMONS IN A CIVIL CASE

CASE NUMBER: 03CV12246 GAO

TO: (Name and address of Defendant)

JOHN ASCHROFT
ATTORNEY GENERAL
950 PENNSYLVANIA AVENUE, NW
WASHINGTON DC 20530

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LAMINE ZEROUAL
428 GREAT ROAD
APT 13
ACTON MA 01720

an answer to the complaint which is served on you with this summons, within __30__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK _____   DATE 12/11/03

_____
(By) DEPUTY CLERK