AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT FILED OFFICE

District of BOSTON

2004 JAN -9 A 11: 11

LAMINE ZEROUAL
PRO SE

V.

JOHN ASCHROFT
TOM RIDGE
EDUARDO AGUIRRE
STEVEN J FARQUHARSON

DISTRICT COURT

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03 CV 12246 GAO

TO: (Name and address of Defendant)

TOM RIDGE
DEPARTMENT OF HOMELAND SECURITY
WASHINGTON DC 20528

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LAMINE ZEROUAL
428 GREAT ROAD
APT 13
ACTON MA 01720

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    12/1/03
CLERK                                            DATE

_____
(By) DEPUTY CLERK