UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

LAMINE ZEROUAL
Pro se litigant

**Plaintiff**

Vs.

C.A. No. 03-12246-GAO

JOHN ASCHROFT
In his official capacity

And, TOM RIDGE
In his official capacity

And, EDUARDO AGUIRRE
In his official capacity

STEVEN J FARQUHARSON
In his official capacity

**Defendants**

## NOTICE OF DISMISSAL

COME NOW Plaintiff LAMINE ZEROUAL PRO SE hereby petitioned this honorable court to dismiss the above captioned civil action pursuant to rule 41(a) of the Federal Rule of Civil Procedure

Respectfully submitted,
Lamine Zeroual
**Pro Se**

## CERTIFICATE OF SERVICE

I hereby certified that the attached Notice of dismissal was served this day of _April 13, 2004_ By certified first class mail postage pre-paid to:

Michael P Saddy
US Attorney office
John Joseph Moakley Court House
One courthouse way, suite 9200
Boston MA 02110

BY: LAMINE ZEROUAL
PRO SE LITIGANT